# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>RADICAL HEALTH LLC,<br><br>      Defendant. | Case No. 1:25-cv-00012-CLC-CHS |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiffs Novo Nordisk A/S and Novo Nordisk, Inc. (collectively, "Plaintiffs") and Defendant Radical Health LLC ("Defendant") respectfully move the Court to continue the July 10, 2025 Scheduling Conference 60 days to allow the parties to attempt to settle this matter without further involvement of the Court. In support of this Motion, the parties state as follows:

This lawsuit asserts claims of trademark infringement, unfair competition, false advertising, and unfair and deceptive trade practices related to Defendant's alleged false advertising and unauthorized use of Plaintiff's trademarks. *See* Complaint, *generally*, Dkt. No. 1. Plaintiffs served the complaint on Defendant on January 17, 2025. Dkt. No. 9. On February 7, 2025 and March 10, 2025, the Court granted the parties' Joint Motions for extensions of time for Defendant to respond to the Complaint. Dkt. Nos. 15 and 18.

As the parties stated in their Motions for extensions of time to respond to the Complaint, the parties have been exploring resolution of this matter. To that end, Plaintiffs have sought information from Defendant, and Defendant has provided such information. As a result, the parties have made progress in their settlement discussions. At this time, the parties believe that time and

resources are better spent pursuing settlement than preparing for and traveling to a status conference that could prove to be unnecessary.

Accordingly, the parties respectfully move the Court for an Order continuing the July 10, 2025 Scheduling Conference 60 days.

    Respectfully submitted,

*s/ Milton S. McGee, III*
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #24150)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com


Ronald G. Dove, Jr. (Admitted *Pro Hac Vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
awoods@cov.com

*Attorneys for Plaintiffs*

*s/ Tara Aaron-Stelluto with permission*
Tara Aaron-Stelluto
Daniel Crowell
Eric C. Lyons
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
tstelluto@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF Filing System on July 7, 2025 upon the following:

Tara Aaron-Stelluto
Daniel Crowell
Eric C. Lyons
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
tstelluto@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com

                 *s/ Milton S. McGee, III*