IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NOVO NORDISK A/S AND NOVO NORDISK INC.,

    Plaintiffs,

v.

RADICAL HEALTH LLC,

    Defendant.

Case No. 1:25-cv-00012

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT RADICAL HEALTH LLC

Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, Radical Health LLC, by and through undersigned counsel, jointly file this Motion for Entry of Final Judgment. In support of this, the parties state as follows:

1. On January 10, 2025, Plaintiffs filed their Complaint against Defendant, asserting claims under the Lanham Act and the Tennessee Consumer Protection Act. ECF No. 1.

2. On January 17, 2025, the Complaint was served on Defendant. ECF No. 9.

3. The Parties have reached an amicable settlement, whereby they have stipulated for an entry of the Final Judgment and Permanent Injunction attached hereto.

WHEREFORE, Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, Radical Health LLC, respectfully request that the Court enter the Final Judgment and Permanent Injunction on Consent.

Respectfully submitted,

*/s/ Milton S. McGee, III*                                  *s/ Tara Aaron-Stelluto*
Steven A. Riley (BPR #006258)                               Tara Aaron-Stelluto
Milton S. McGee, III, (BPR #24150)                          Daniel Crowell
Riley & Jacobson, PLC                                       Eric C. Lyons
1906 West End Avenue                                        BARTON LLP
Nashville, Tennessee 37203                                  611 Commerce Street, Suite 2911
sriley@rjfirm.com                                           Nashville, TN 37203
tmcGee@rjfirm.com                                           tstelluto@bartonesq.com
                                                            dcrowell@bartonesq.com
Ronald G. Dove, Jr.                                         elyons@bartonesq.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW                                        *Attorneys for Defendant Radical Health LLC*
Washington, DC 20001-4956
rdove@cov.com

*Attorneys for Novo Nordisk A/S and*
*Novo Nordisk Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on September 15, 2025 upon the following:

Tara Aaron-Stelluto
Daniel Crowell
Eric C. Lyons
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
tstelluto@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com

*Attorneys for Defendant Radical Health LLC*

                                                          s/ Milton S. McGee, III